# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   EDWIN  CANTRELL, JR. & SARA B. CANTRELL          Case Number: 04-70829
1298 W. LYNN STREET                              SSN-xxx-xx-8138 & xxx-xx-3326
FREEPORT, IL  61032

|  |  |
|---|---|
| Case filed on: | 2/18/2004 |
| Plan Confirmed on: | 4/9/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $97,922.07          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 004 | AURORA LOAN SERVICE | 0.00 | 0.00 | 29,343.73 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 29,343.73 | 0.00 |
|  |  |  |  |  |  |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | EDWIN  CANTRELL, JR. | 0.00 | 0.00 | 1,621.01 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,621.01 | 0.00 |
|  |  |  |  |  |  |
| 001 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | KENT STATE BANK | 11,700.00 | 11,700.00 | 11,700.00 | 1,108.76 |
| 003 | M&I MARSHALL & ILSLEY BANK | 16,050.00 | 16,050.00 | 16,050.00 | 1,460.98 |
| 004 | AURORA LOAN SERVICE | 590.14 | 590.14 | 590.14 | 0.00 |
|  | Total Secured | 28,340.14 | 28,340.14 | 28,340.14 | 2,569.74 |
|  |  |  |  |  |  |
| 002 | KENT STATE BANK | 9,154.32 | 6,408.02 | 6,408.02 | 0.00 |
| 003 | M&I MARSHALL & ILSLEY BANK | 240.18 | 168.13 | 168.13 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 10,077.98 | 7,054.59 | 7,054.59 | 0.00 |
| 006 | DIRECT MERCHANTS CREDIT CARD BANK | 11,407.47 | 7,985.23 | 7,985.23 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 5,475.06 | 3,832.54 | 3,832.54 | 0.00 |
| 008 | WELLS FARGO FINANCIAL | 4,740.83 | 3,318.58 | 3,318.58 | 0.00 |
| 009 | FRANCES LOPEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 41,095.84 | 28,767.09 | 28,767.09 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 72,135.98 | 59,807.23 | 90,771.97 | 2,569.74 |

| | |
|---|---|
| Total Paid Claimant: | $93,341.71 |
| Trustee Allowance: | $4,580.36 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan